_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| BRANDI LYNN MARTINEZ | CASE NO.:  24-51688-KMS |
| SSN#XXX-XX-6753 | |

### ORDER RELEASING EARNINGS OF

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the Debtor's employer:

**SLIDELL FAMILY DENTAL CARE**
**240 ERLANGER AVE**
**SLIDELL, LA 70458-0000**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE**
**PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**