_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **BRANDI LYNN MARTINEZ** | **Case No.:  24-51688 KMS** |

### ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Brandi Lynn Martinez**
**6185 W Itawamba St**
**Bay Saint Louis, MS 39520**

is directed to pay the sum of $**428.00 per month effective with the payment due before noon on May 29th,  2026.**  Payments can be made through **TFSbillpay.com** or by **Certified Funds**. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor is released from making further plan payments.

**##END OF ORDER##**