United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 24-51688-KMS

Brandi Lynn Martinez                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6             User: mssbad             Page 1 of 1

Date Rcvd: Apr 21, 2026           Form ID: pdf012           Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**            **Recipient Name and Address**
db               +   Brandi Lynn Martinez, 6185 W Itawamba St, Bay Saint Louis, MS 39520-8591
                   +   SLIDELL FAMILY DENTAL CARE, 240 ERLANGER AVE, SLIDELL, LA 70458-3426

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Thomas Carl Rollins, Jr

       on behalf of Debtor Brandi Lynn Martinez trollins@therollinsfirm.com
       jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

       wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 3

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **BRANDI LYNN MARTINEZ** | **CASE NO.:  24-51688-KMS** |
| **SSN#XXX-XX-6753** | |

### ORDER RELEASING EARNINGS OF

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the Debtor's employer:

**SLIDELL FAMILY DENTAL CARE**
**240 ERLANGER AVE**
**SLIDELL, LA 70458-0000**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**