United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 24-51688-KMS
Brandi Lynn Martinez                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                              Page 1 of 3
Date Rcvd: Jul 24, 2026                       Form ID: ntcdsm                           Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandi Lynn Martinez, 6185 W Itawamba St, Bay Saint Louis, MS 39520-8591 |
| 5445185 | + | Allied Interstate Llc, Po Box 361477, Columbus, OH 43236-1477 |
| 5445196 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, TMobile, PO Box 660252, Dallas, TX 75266-0252 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 24 2026 23:34:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: Q3G.COM | Jul 24 2026 23:34:00 | Quantum3 Group LLC as agent for Katapult Group, In, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5445186 | | EDI: CAPONEAUTO.COM | Jul 24 2026 23:34:00 | Capital One Auto, Credit Bureau Dispute, Plano, TX 75025 |
| 5460562 | + | EDI: AISACG.COM | Jul 24 2026 23:34:00 | Capital One Auto Finance,, a division of Capital One, NA, AIS Portfolio Service, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445187 | + | EDI: WFNNB.COM | Jul 24 2026 23:34:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5445196 | | EDI: JCTM | Jul 24 2026 23:34:00 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |
| 5445188 | ^ | MEBN | Jul 24 2026 19:32:43 | Katapult, 5204 Tennyson Pkwy, #500, Plano, TX 75024-7142 |
| 5445189 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 24 2026 19:35:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5465691 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 19:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5445190 | ^ | MEBN | Jul 24 2026 19:32:26 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5452374 | ^ | MEBN | Jul 24 2026 19:32:27 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5445191 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 19:35:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5445192 | + | Email/Text: netcreditbnc@enova.com | Jul 24 2026 19:35:00 | Net Credit, P.O. Box 206766, Dallas, TX 75320-6766 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: ntcdsm | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 5463644 | EDI: PRA.COM | Jul 24 2026 23:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5445193 | EDI: PRA.COM | Jul 24 2026 23:34:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5445194 | Email/Text: clientinformation@procollect.com | Jul 24 2026 19:35:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5464074 | EDI: Q3G.COM | Jul 24 2026 23:34:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5466735 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 19:49:21 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5445195  + | EDI: SYNC | Jul 24 2026 23:34:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5447814  + | EDI: AIS.COM | Jul 24 2026 23:34:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5445197 | Email/Text: bknotice@upgrade.com | Jul 24 2026 19:35:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5449364  + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 19:35:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 5445198 | Email/Text: amber.miller@viasat.com | Jul 24 2026 19:35:00 | Viasat, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026              Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandi Lynn Martinez trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |

District/off: 0538-6                   User: mssbad                              Page 3 of 3
Date Rcvd: Jul 24, 2026                Form ID: ntcdsm                           Total Noticed: 25

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 3

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.:  24−51688−KMS
Chapter:  13

In re:

Brandi Lynn Martinez
fka Brandi Lynn McCullough
6185 W Itawamba St
Bay Saint Louis, MS 39520

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−6753

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 24, 2026.

Dated: 7/24/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790